MONTGOMERY Y. PAEK, Bar No. 10176
AMY L. THOMPSON, Bar No. 11907
DIANA G. DICKINSON, Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: mpaek@littler.com
athompson@littler.com
ddickinson@littler.com

Attorneys for Defendant
DIAMOND RESORTS INTERNATIONAL, INC. AND
HILTON GRAND VACATIONS INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LILIANE KELAA,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL, INC., a Delaware Corporation; HILTON GRAND VACATIONS INC., a Delaware corporation as successor-in-interest; NOAH BLOOM, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>Defendant. | Case No. 2:22-cv-00554- JAD-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff LILIANE KELAA ("Plaintiff") and Defendants DIAMOND RESORTS INTERNATIONAL, INC. and HILTON GRAND VACATIONS INC. (collectively "Defendants") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendants to file a response to the Complaint from the current deadline of April 26, 2022 for 30 days, up to and including **May 26, 2022**.

/ / /

The requested extension is necessary in light of the fact that Defendants' counsel was recently retained. The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: April 14, 2022 | Dated: April 14, 2022 |
| HONE LAW | LITTLER MENDELSON, P.C. |
| | |
| */s/ Amy L. Howard* | */s/ Diana G. Dickinson* |
| JILL GARCIA, ESQ.<br>AMY L. HOWARD, ESQ. | MONTGOMERY Y. PAEK, ESQ.<br>AMY L. THOMPSON, ESQ.<br>DIANA G. DICKINSON, ESQ. |
| Attorneys for Plaintiff<br>LILIANE KELAA | Attorneys for Defendants<br>DIAMOND RESORTS INTERNATIONAL, INC. AND HILTON GRAND VACATIONS INC. |

**IT IS SO ORDERED.**

Dated: April 19, 2022

_____
UNITED STATES MAGISTRATE JUDGE

4884-4491-0619.1 / 104088-1000

2