1    MONTGOMERY Y. PAEK, Bar No. 10176
     AMY L. THOMPSON, Bar No. 11907
2    DIANA G. DICKINSON, Bar No. 13477
     LITTLER MENDELSON, P.C.
3    3960 Howard Hughes Parkway
     Suite 300
4    Las Vegas, Nevada 89169.5937
     Telephone:    702.862.8800
5    Fax No.:      702.862.8811
     Email:        mpaek@littler.com
6                  athompson@littler.com
                   ddickinson@littler.com
7

8    Attorneys for Defendants
     DIAMOND RESORTS INTERNATIONAL, INC. AND
9    HILTON GRAND VACATIONS INC.

10
                         UNITED STATES DISTRICT COURT
11
                              DISTRICT OF NEVADA
12

13
     LILIANE KELAA,                            Case No. 2:22-cv-00554-JAD-BMW
14
                    Plaintiff,
15
            v.                                 **STIPULATION AND PROPOSED ORDER
16                                             TO EXTEND TIME FOR DEFENDANTS
     DIAMOND RESORTS INTERNATIONAL,            TO FILE RESPONSE TO PLAINTIFF'S
17   INC., a Delaware Corporation; HILTON      COMPLAINT**
     GRAND VACATIONS INC., a Delaware
18   corporation as successor-in-interest; NOAH   **[SECOND REQUEST]**
     BLOOM, an individual; DOES I through X,
19   inclusive; and ROE BUSINESS ENTITIES, I
     through X, inclusive,
20
                    Defendant.
21

22          Plaintiff  LILIANE  KELAA  ("Plaintiff")  and  Defendants  DIAMOND  RESORTS

23   INTERNATIONAL, INC., HILTON GRAND VACATIONS INC., and NOAH BLOOM (collectively

24   "Defendants"), hereby agree and stipulate to extend the time for Defendants to file a response to the

25   Complaint, up to and including **June 16, 2022**.

26

27   / / /

28

1    This is the second request for an extension of time to respond to the Complaint for Defendants

2  Diamond Resorts International, Inc. and Hilton Grand Vacations Inc.  This is the first request for an

3  extension of time for Defendant Noah Bloom to respond to the Complaint.  The requested extension

4  is necessary in light of that fact that Defendants are continuing to gather information and require

5  additional time to prepare a response.

6    This request is made in good faith and not for the purpose of delay.

7  Dated: May 18, 2022                                          Dated: May 18, 2022

8  HONE LAW                                                     LITTLER MENDELSON, P.C.

9

10  /s/ Kathryn Newman                                          /s/ Diana G. Dickinson

11  JILL GARCIA, ESQ.                                           MONTGOMERY Y. PAEK, ESQ.
   AMY L. HOWARD, ESQ.                                          AMY L. THOMPSON, ESQ.
   KATHRYN NEWMAN, ESQ.                                         DIANA G. DICKINSON, ESQ.
12

13                                                              Attorneys for Defendants
   Attorneys for Plaintiff                                     DIAMOND RESORTS INTERNATIONAL,
   LILIANE KELAA                                                INC. AND HILTON GRAND VACATIONS
14                                                              INC.

15  Dated: May 18, 2022

16

17

18  /s/ _____
   NOAH BLOOM

19  Defendant, Pro se

20

21

22                                                              **IT IS SO ORDERED.**

23                                                              Dated:  May 19, 2022

24

25

26                                                              _____
                                                                UNITED STATES MAGISTRATE JUDGE
27

28  4892-6305-9744.1 / 104088-1025