MONTGOMERY Y. PAEK, Bar No. 10176
AMY L. THOMPSON, Bar No. 11907
DIANA G. DICKINSON, Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:     702.862.8811
Email:       mpaek@littler.com
             athompson@littler.com
             ddickinson@littler.com

Attorneys for Defendants
DIAMOND RESORTS INTERNATIONAL, INC.,
HILTON GRAND VACATIONS INC. AND NOAH
BLOOM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LILIANE KELAA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIAMOND RESORTS INTERNATIONAL, INC., a Delaware Corporation; HILTON GRAND VACATIONS INC., a Delaware corporation as successor-in-interest; NOAH BLOOM, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>　　　　Defendant. | Case No. 2:22-cv-00554-JAD-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**[THIRD REQUEST]** |

Plaintiff LILIANE KELAA ("Plaintiff") and Defendants DIAMOND RESORTS INTERNATIONAL, INC., HILTON GRAND VACATIONS INC., and NOAH BLOOM (collectively "Defendants"), hereby agree and stipulate to extend the time for Defendants to file a response to the Complaint by two weeks, up to and including **June 30, 2022**.

///

This is the third request for an extension of time to respond to the Complaint for Defendants Diamond Resorts International, Inc. and Hilton Grand Vacations Inc. This is the second request for an extension of time for Defendant Noah Bloom to respond to the Complaint. The requested extension is necessary in light of the fact the parties have begun discussions regarding the scope and handling of the case. The additional time will allow the parties to complete these discussions for efficiency before having to engage in motion practice.

This request is made in good faith and not for the purpose of delay, and the parties believe the interests of judicial economy support granting this extension.

Dated: June 10, 2022

HONE LAW

*/s/ Kathryn Newman, Esq.*
JILL GARCIA, ESQ.
AMY L. HOWARD, ESQ.
KATHRYN NEWMAN, ESQ.

Attorneys for Plaintiff
LILIANE KELAA

Dated: June 10, 2022

LITTLER MENDELSON, P.C.

*/s/ Diana G. Dickinson, Esq.*
MONTGOMERY Y. PAEK, ESQ.
AMY L. THOMPSON, ESQ.
DIANA G. DICKINSON, ESQ.

Attorneys for Defendants
DIAMOND RESORTS INTERNATIONAL, INC., HILTON GRAND VACATIONS INC. AND NOAH BLOOM

**IT IS SO ORDERED.**

Dated: June 13, 2022

_____
UNITED STATES MAGISTRATE JUDGE

4879-2147-6900.1 / 104088-1025