**HONE LAW**
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
Kathryn C. Newman, NV Bar No. 13733
knewman@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720
Fax     702-608-7814

*Attorneys for Plaintiff*
*Liliane Kelaa*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LILIANE KELAA, an individual,<br><br>                  Plaintiff,<br><br>      vs.<br><br>DIAMOND RESORTS INTERNATIONAL, INC., a Delaware corporation; HILTON GRAND VACATIONS INC., a Delaware corporation as successor-in-interest; NOAH BLOOM, an individual; SHADI KASSAS, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>                  Defendants. | Case No. 2:22-cv-00554-JAD-BNW<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE REGARDING DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 19 |

Plaintiff Liliane Kelaa ("Ms. Kelaa" or "Plaintiff"), and Defendants Diamond Resorts International Marketing, Inc. (incorrectly identified as Diamond Resorts International, Inc.), Hilton Grand Vacations Inc., and Noah Bloom ("Defendants" and collectively with Ms. Kelaa, Diamond Resorts International, Inc., Hilton Grand Vacations Inc., and Noah Bloom, the "Parties"), by and through undersigned counsel, hereby stipulate and agree as follows:

1. Defendants filed their Partial Motion to Dismiss Plaintiff's Complaint ("Motion") on June 30, 2022.
2. The Court filed a Notice Setting Hearing on said Motion on July 6, 2022.

1

3. Plaintiffs Opposition to Motion is due July 14, 2022.

4. Defendants reply to Motion is due July 21, 2022.

5. A hearing on said Motion is presently scheduled for August 16, 2022.

Due to scheduling conflicts with Plaintiff's counsel and Defendants' counsel, the Parties have agreed and stipulate as follows:

1. The deadline for Plaintiff to file her Opposition to Motion to be continued to July 21, 2022.

2. The deadline for Defendants to file their reply to Motion to be continued to August 8, 2022.

3. The hearing date shall remain as currently scheduled or reset to a date and time convenient to this Court.

This is the first request for an extension regarding the Motion.

Dated this 14th day of July 2022.

HONE LAW

/s/Kathryn Newman
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
Kathryn C. Newman, NV Bar No. 13733
knewman@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074

*Attorneys for Plaintiff*
Liliane Kelaa

Dated this 14th day of July 2022.

LITTLER MENDELSON, P.C.

/s/Diana G. Dickinson
Montgomery Y. Paek, NV Bar No. 10176
mpaek@littler.com
Amy L. Thompson, NV Bar No. 11907
athompson@littler.com
Diana G. Dickinson, NV Bar No. 13477
ddickinson@littler.com
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169

*Attorneys for Defendants*
*Diamond Resorts International Marketing, Inc., Hilton Grand Vacations Inc., and Noah Bloom*

**IT IS SO ORDERED.**

Dated: _____July 19, 2022_____

_____
UNITED STATES DISTRICT JUDGE