1  MONTGOMERY Y. PAEK, Bar No. 10176
   AMY L. THOMPSON, Bar No. 11907
2  DIANA G. DICKINSON, Bar No. 13477
   LITTLER MENDELSON, P.C.
3  3960 Howard Hughes Parkway
   Suite 300
4  Las Vegas, Nevada 89169.5937
   Telephone:   702.862.8800
5  Fax No.:     702.862.8811
   Email:       mpaek@littler.com
6               athompson@littler.com
                ddickinson@littler.com
7

8  Attorneys for Defendants
   DIAMOND RESORTS INTERNATIONAL, INC.,
9  HILTON GRAND VACATIONS INC. AND NOAH
   BLOOM

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| LILIANE KELAA, | Case No. 2:22-cv-00554-JAD-BNW |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE ANSWER** |
| DIAMOND RESORTS INTERNATIONAL, INC., a Delaware Corporation; HILTON GRAND VACATIONS INC., a Delaware corporation as successor-in-interest; NOAH BLOOM, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive, | **[FIRST REQUEST]** |
| Defendant. | |

Plaintiff LILIANE KELAA ("Plaintiff") and DIAMOND RESORTS INTERNATIONAL MARKETING, INC. (incorrectly identified as Diamond Resorts International, Inc.), HILTON GRAND VACATIONS INC., and NOAH BLOOM (collectively "Defendants"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendants to file an Answer from the current deadline of August 26, 2022, for 2 weeks, up to and including **September 9, 2022.**

On August 16, 2022, the Court held a hearing on Defendants' Partial Motion to Dismiss Plaintiff's Complaint. The Court denied Defendants' motion, and ordered Defendants to file an answer within 10 days. **ECF No. 23.**

The requested extension is necessary because Defendants' counsel is going to be out of the state for work during the week of August 22nd and due to the heavy workloads of defense counsel. This is the first request for an extension of time to file an Answer to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: August 19, 2022

HONE LAW

*/s/ Kathryn Newman, Esq.*
JILL GARCIA, ESQ.
AMY L. HOWARD, ESQ.
KATHRYN NEWMAN, ESQ.

Attorneys for Plaintiff
LILIANE KELAA

Dated: August 19, 2022

LITTLER MENDELSON, P.C.

*/s/ Diana G. Dickinson, Esq.*
MONTGOMERY Y. PAEK, ESQ.
AMY L. THOMPSON, ESQ.
DIANA G. DICKINSON, ESQ.

Attorneys for Defendants
DIAMOND RESORTS INTERNATIONAL, INC., HILTON GRAND VACATIONS INC. AND NOAH BLOOM

**IT IS SO ORDERED.**

Dated: August 22, 2022

_____
UNITED STATES MAGISTRATE JUDGE

4857-2177-0287.1 / 104088-1025