**HONE LAW**
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
Kathryn C. Newman, NV Bar No. 13733
knewman@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone   702-608-3720
Fax        702-608-7814

*Attorneys for Plaintiff*
*Liliane Kelaa*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LILIANE KELAA, an individual,<br><br>                      Plaintiff,<br><br>      vs.<br><br>DIAMOND RESORTS INTERNATIONAL, INC., a Delaware corporation; HILTON GRAND VACATIONS INC., a Delaware corporation as successor-in-interest; NOAH BLOOM, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>                      Defendants. | Case No. 2:22-cv-00554-JAD- BNW<br><br>**DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1, Plaintiff Liliane Kelaa ("Ms. Kelaa" or "Plaintiff"), and Defendants Diamond Resorts International Marketing, Inc. (incorrectly identified as Diamond Resorts International, Inc.), Hilton Grand Vacations Inc., and Noah Bloom ("Defendants" and collectively with Ms. Kelaa, Diamond Resorts International Marketing, Inc., Hilton Grand Vacations Inc., and Noah Bloom, the "Parties"), by and through undersigned counsel, hereby respectfully submit their proposed discovery plan and scheduling order as follows:

/ / /

/ / /

1

1. **Date of Conference and Appearances of Counsel:** The Parties held the Fed. R. Civ. P. 26(f) conference on July 28, 2022, with Kathryn Newman appearing for Plaintiff and Diana Dickinson appearing for Defendants.

2. **Subject of Discovery:** All matters within the scope of Rule 26.

3. **Discovery Plan:** The Parties submit that discovery may be conducted on all matters relevant to the issues raised by the pleadings and all matters otherwise within the scope of Rule 26(b)(1) and not protected from disclosure.

The proposed discovery plan is as follows:

    a. **Discovery Cutoff Date:** The proposed cutoff date for discovery shall be **Tuesday, December 27, 2022**, the first court-day 180 calendar days from the date of Defendants' first appearance in this matter.

    b. **Last Date to Amend Pleadings:** All motions to amend the pleadings or to add parties shall be filed no later than **Wednesday, September 28, 2022**, 90 days prior to the proposed close of discovery.

    c. **Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):** Disclosures concerning experts shall be made by **Friday, October 28, 2022**, 60 days before the proposed discovery cutoff date. Disclosures concerning rebuttal experts shall be made by **Monday, November 28, 2022**, 30 days after the initial disclosure of experts.

    d. **Dispositive Motions:** The date for filing dispositive motions shall not be later than **Thursday, January 26, 2023**, 30 days after the proposed discovery cutoff date. In the event that the discovery period is extended from the discovery cutoff date set forth in this proposed discovery plan and scheduling order, the date for filing dispositive motions shall be extended to be not later than thirty (30) days from the subsequent discovery cutoff date.

    e. **Pretrial Order:** The date for filing the joint pretrial order shall not be later than **Friday, February 25, 2023**, 30 days after the cutoff for filing dispositive motions . If dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision on the dispositive motions or until further order of the Court. In the further event that the discovery period is extended from the discovery cutoff date set forth

in this proposed discovery plan and scheduling order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

4. **Discovery Limitations:** The Parties submit that no modifications or limitations should be necessary and that the parties should follow the procedures set forth in the Federal Rules of Civil Procedure.

5. **Possibilities for Settling or Resolving the Disputes Between the Parties:** This case has been assigned to the Court's Early Neutral Evaluation Program. *See* ECF No. 3 (assigning Magistrate Judge Elayna Youchah as the evaluating judge). As of this filing, an Early Neutral Evaluation before Magistrate Judge Elayna J. Youchah has not been set and the Parties respectfully request that one be scheduled in accordance with Local Rule 16-6. The Parties certify that they conferred about the possibility of using alternative dispute-resolution processes including mediation and arbitration.

6. **Alternative Forms of Case Disposition:** The Parties certify that they considered consent to trial under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01), and have declined to pursue these options at this time.

7. **Discovery Phases:** The Parties respectfully submit that it is not necessary to conduct discovery in phases.

8. **Electronic Service:** The parties agree that pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure any discovery or other papers may be served by sending such documents by email to the primary email addresses for all counsel of record. To the extent discovery requests are served on a Saturday, Sunday, or legal holiday, service will be deemed effective on the next day that is not a Saturday, Sunday, or legal holiday. For electronic service to be effective as to Plaintiff, electronic service shall be sent to Plaintiff at jgarcia@hone.law and knewman@hone.law unless otherwise amended in writing by Plaintiff. For electronic service to be effective as to Defendants, in addition to electronic service to all counsel of record (mpaek@littler.com, athompson@littler.com and ddickinson@littler.com), electronic service

///



shall also be sent to Erin Melwak emelwak@littler.com unless otherwise amended in writing by Defendants.

9.      **Extensions:** Should an extension of any of the above-listed deadlines become necessary, absent extenuating circumstances constituting good cause and/or excusable neglect, the Parties will request such at least twenty-one (21) days in advance of the subject deadline pursuant to LR 26-3.

Dated this 19th day of August 2022.                    Dated this 19th day of August 2022.

HONE LAW                                                                LITTLER MENDELSON, P.C.

*/s/Jill Garcia*                                                                */s/Diana G. Dickinson*
Jill Garcia, NV Bar No. 7805                                   Montgomery Y. Paek, NV Bar No. 10176
jgarcia@hone.law                                                    mpaek@littler.com
Kathryn C. Newman, NV Bar No. 13733             Amy L. Thompson, NV Bar No. 11907
knewman@hone.law                                               athompson@littler.com
701 N. Green Valley Parkway, Suite 200           Diana G. Dickinson, NV Bar No. 13477
Henderson, NV 89074                                            ddickinson@littler.com
                                                                              3960 Howard Hughes Parkway, Suite 300
*Attorneys for Plaintiff*                                          Las Vegas, NV 89169
*Liliane Kelaa*

*Attorneys for Defendants*
*Diamond Resorts International Marketing, Inc., Hilton Grand Vacations Inc., and Noah Bloom*

**IT IS SO ORDERED.**

Dated: August 22, 2022

UNITED STATES MAGISTRATE JUDGE

