MONTGOMERY Y. PAEK
Bar No. 10176
AMY L. THOMPSON
Bar No. 11907
DIANA G. DICKINSON
Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:     702.862.8811
Email:       mpaek@littler.com
             athompson@littler.com
             ddickinson@littler.com

Attorneys for Defendants
DIAMOND RESORTS INTERNATIONAL
MARKETING, INC., HILTON GRAND VACATIONS
INC. AND NOAH BLOOM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LILIANE KELAA, | Case No. 2:22-cv-00554-JAD-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY DEADLINES** |
| DIAMOND RESORTS INTERNATIONAL, INC., a Delaware Corporation; HILTON GRAND VACATIONS INC., a Delaware corporation as successor-in-interest; NOAH BLOOM, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive, | **(SECOND REQUEST)** |
| Defendants. | |

Pursuant to Local Rule IA 6-1 and Local Rule 26-3, Defendants DIAMOND RESORTS INTERNATIONAL MARKETING, INC. (incorrectly identified as Diamond Resorts International, Inc.), HILTON GRAND VACATIONS INC. AND NOAH BLOOM (collectively referred to as "Defendants") and Plaintiff LILIANE KELAA ("Plaintiff") (collectively, the "Parties"), hereby stipulate to amend the Discovery Plan and Scheduling Order (**ECF No. 34**) by extending the outstanding discovery deadlines for a period of ninety (90) days.

This is the second request for an extension to the Discovery Plan and Scheduling Order in this matter. The requested extension is sought in good faith and not for purposes of undue delay. This request is submitted at least twenty-one (21) days or more before the expiration of the subject deadlines.

**DISCOVERY COMPLETED**

The parties have exchanged their initial disclosures and have begun producing documents. Defendant has produced 299 pages of documents so far in this matter while Plaintiff has produced 52 pages. Defendants propounded their First Set of Interrogatories and Requests for Production of Documents on October 7, 2022. Defendants propounded their Second Set of Requests for Production of Documents on November 8, 2022.

Plaintiff served her first supplemental disclosures on October 19, 2022, producing 19 audio recordings and 6 additional pages of documents. Plaintiff served her second supplemental disclosures on October 26, 2022, producing 62 additional pages of documents. Defendants served their first supplemental disclosures on October 26, 2022, producing 58 additional pages of documents.

Plaintiff responded to Defendants' First Set of Interrogatories and Requests for Production of Documents on November 7, 2022 and produced no additional documents. Plaintiff's responses are currently the subject of a meet and confer letter issued by Defendants on November 23, 2022.

Plaintiff propounded her First Set of Interrogatories and Requests for Production of Documents on November 23, 2022

**DISCOVERY REMAINING TO BE COMPLETED**

The parties continue to meet and confer concerning written discovery in the case. Defendants intend to serve third party subpoenas but cannot do so until Plaintiff executes the necessary authorizations and responds to the discovery requests. Defendants will further require the subpoenaed records before it can evaluate whether expert discovery is warranted. Defendants will take Plaintiff's deposition together with any percipient witnesses. Plaintiff also intends to take depositions.

**REASONS FOR REQUESTED EXTENSIONS**

This extension is necessary to allow both parties ample time to complete all appropriate discovery. Specifically, the expert disclosure deadline is currently on December 29, 2022, however

additional time is needed to meet and confer regarding Plaintiff's responses to the First Set of Interrogatories and Requests for Production of Documents, receive and review any supplemental discovery responses, and send and receive responses to third-party subpoenas before it can be determined whether expert discovery is warranted in this case such that it would not be feasible to do so with the current deadline of December 29, 2022.  Further, this matter is set for a continued Early Neutral Evaluation ("ENE") on February 7, 2023 and the parties prefer to participate in the ENE process before engaging in the expense of possible expert discovery. *See* ECF No. 35. Finally, the parties anticipate needing additional time to take depositions and conduct additional third-party discovery. The Parties believe that, absent any unforeseen circumstances, all necessary discovery can be accomplished by the requested extended deadline. Good cause exists to extend all deadlines in order to permit the parties to achieve their respective stated discovery goals.

**PROPOSED REVISED DISCOVERY PLAN**

1. The Parties' current deadline for Expert Disclosures is December 29, 2022. The Parties request that the Court extend that deadline to March 29, 2023.

2. The Parties' current deadline for Rebuttal Expert Disclosures is January 30, 2023. The Parties request that the Court extend that deadline to May 1, 2023[1].

3. The Parties' current deadline for completing discovery is February 27, 2023. The Parties request that the Court extend that deadline to May 29, 2023[2].

4. The Parties' current deadline for filing dispositive motions is March 29, 2023. The Parties request that the Court extend that deadline to June 27, 2023.

5. The Parties' current deadline for filing the Joint Pretrial Order is April 28, 2023. The Parties request that the Court extend that deadline to July 27, 2023.  In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the Court enters a ruling on the dispositive motions or otherwise by further order of the Court.

/ / /

/ / /

---

[1] Original deadline lands on Sunday, April 30, 2023, moved to following Monday.
[2] Original deadline lands on Sunday, May 28, 2023, moved to following Monday.

The Parties make this stipulation in good faith and not for the purposes of undue burden or delay.

Dated: November 30, 2022
HONE LAW

*/s/ Jill Garcia, Esq.*
JILL GARCIA, ESQ.
AMY L. HOWARD, ESQ.
KATHRYN NEWMAN, ESQ.

Attorneys for Plaintiff
LILIANE KELAA

Dated: November 30, 2022
LITTLER MENDELSON, P.C.

*/s/ Diana G. Dickinson, Esq.*
MONTGOMERY Y. PAEK, ESQ.
AMY L. THOMPSON, ESQ.
DIANA G. DICKINSON, ESQ.

Attorneys for Defendants
DIAMOND RESORTS INTERNATIONAL MARKETING, INC., HILTON GRAND VACATIONS INC. AND NOAH BLOOM

**IT IS SO ORDERED.**
Dated: December 1, 2022

_____
UNITED STATES MAGISTRATE JUDGE

4885-1844-8448.1 / 104088-1025

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800