| | |
|---|---|
| 1 | MONTGOMERY Y. PAEK |
| | Bar No. 10176 |
| 2 | AMY L. THOMPSON |
| | Bar No. 11907 |
| 3 | DIANA G. DICKINSON |
| | Bar No. 13477 |
| 4 | LITTLER MENDELSON, P.C. |
| | 3960 Howard Hughes Parkway |
| 5 | Suite 300 |
| | Las Vegas, Nevada 89169.5937 |
| 6 | Telephone: 702.862.8800 |
| | Fax No.: 702.862.8811 |
| 7 | Email: mpaek@littler.com |
| | athompson@littler.com |
| 8 | ddickinson@littler.com |

Attorneys for Defendants
DIAMOND RESORTS INTERNATIONAL MARKETING, INC., HILTON GRAND VACATIONS INC., AND NOAH BLOOM

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LILIANE KELAA, | Case No. 2:22-cv-00554-JAD-BNW |
| Plaintiff, | **JOINT STATUS REPORT ON SETTLEMENT AND STIPULATION TO CONTINUE STATUS HEARING** |
| v. | |
| DIAMOND RESORTS INTERNATIONAL, INC., a Delaware Corporation; HILTON GRAND VACATIONS INC., a Delaware corporation as successor-in-interest; NOAH BLOOM, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive, | **[SECOND REQUEST]** |
| Defendants. | |

Plaintiff, LILIANE KELAA and Defendants DIAMOND RESORTS INTERNATIONAL MARKETING, INC. (incorrectly identified as Diamond Resorts International, Inc.), HILTON GRAND VACATIONS INC., and NOAH BLOOM, by and through their respective counsel of record, hereby agree and stipulate as follows:

1. On October 28, 2022, the parties participated in an Early Neutral Evaluation session with Magistrate Judge Elayna J. Youchah. ECF No. 29.

2. The parties agreed to continue discussions and the Court continued the Early Neutral Evaluation for February 7, 2023.  ECF No. 35.

3. On February 7, 2023, the parties participated in the continued Early Neutral Evaluation session and reached a resolution.  ECF No. 43.

4. The Court ordered a telephonic status hearing for April 4, 2023 at 1 p.m., but stated that if dismissal papers were lodged with the Court before the date of the status hearing, that the hearing would be automatically vacated.  ECF No. 43.

5. On March 29, 2023, the parties submitted a Joint Status Report and Stipulation to Continue the Status Hearing.  ECF No. 45.

6. The Court granted the stipulation and rescheduled the telephonic status conference to May 22, 2023 at 10 a.m.  ECF No. 46.

7. Plaintiff executed the settlement agreement on April 24, 2023, and sent the executed tax forms to Defendants on May 1, 2023.  There was a delay in Plaintiff executing the necessary paperwork due to the death of her father.

8. The parties respectfully request that the Court vacate and continue the May 22, 2023 status hearing for a period of at least 7 days to a date convenient to the Court, but no earlier than May 30, 2023.

9. The reason for the requested continuance is the parties need additional time to submit the dismissal documents pursuant to the settlement terms.

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

2

10. This request is made in good faith and not for the purpose of delay, and the parties believe the interests of judicial economy support granting this stipulation.

| | |
|---|---|
| Dated: May 17, 2023 | Dated: May 17, 2023 |
| HONE LAW | LITTLER MENDELSON, P.C. |
| /s/ Kelly B. Stout | /s/ Diana G. Dickinson |
| JILL GARCIA, ESQ.<br>AMY L. HOWARD, ESQ.<br>KELLY B. STOUT, ESQ.<br>Attorneys for Plaintiff<br>LILIANE KELAA | MONTGOMERY Y. PAEK, ESQ.<br>AMY L. THOMPSON, ESQ.<br>DIANA G. DICKINSON, ESQ.<br>Attorneys for Defendants<br>Diamond Resorts International MARKETING, Inc., Hilton Grand Vacations Inc. aND NOAH BLOOM |

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the telephonic status conference set for May 22, 2023 is VACATED and **rescheduled to June 5, 2023 at 10:00 a.m.** If dismissal papers are lodged with the Court by or before this date, the telephonic status hearing will be automatically vacated.

The parties are instructed to call the Audio Conference Line at **(888) 251-2909, access code 7771745**, five (5) minutes prior to the hearing time. Please remain on the line until such time as the Court joins the call and convenes the proceedings. The use of a cell phone or speaker phone during the call is prohibited. The call must be made using a land line.

Dated: May 18, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

4894-1403-1460.1 / 104088-1025

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

3