MONTGOMERY Y. PAEK
Bar No. 10176
AMY L. THOMPSON
Bar No. 11907
DIANA G. DICKINSON
Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:    702.862.8800
Fax No.:      702.862.8811
Email:        mpaek@littler.com
              athompson@littler.com
              ddickinson@littler.com

Attorneys for Defendants
DIAMOND RESORTS INTERNATIONAL
MARKETING, INC., HILTON GRAND VACATIONS
INC., AND NOAH BLOOM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LILIANE KELAA, <br><br> Plaintiff, <br><br> v. <br><br> DIAMOND RESORTS INTERNATIONAL, INC., a Delaware Corporation; HILTON GRAND VACATIONS INC., a Delaware corporation as successor-in-interest; NOAH BLOOM, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive, <br><br> Defendants. | Case No. 2:22-cv-00554-JAD-BNW <br><br> **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** <br><br><br> **ECF No. 49** |

Plaintiff, LILIANE KELAA and Defendants DIAMOND RESORTS INTERNATIONAL MARKETING, INC. (incorrectly identified as Diamond Resorts International, Inc.), HILTON GRAND VACATIONS INC., and NOAH BLOOM, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

The parties agree that no party to this stipulation shall be deemed to be a prevailing party in this action and that no party will file for an award of attorneys' fees or costs pursuant to any rule,

statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this stipulation.

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Pursuant to the Court's May 18, 2023 order, the parties further request that the telephonic status conference schedule for June 5, 2023 be vacated. *See* ECF No. 48 ("If dismissal papers are lodged with the Court by or before this date, the telephonic status hearing will be automatically vacated.").

| Dated: June 2, 2023 | Dated: June 2, 2023 |
|---|---|
| HONE LAW | LITTLER MENDELSON, P.C. |
| */s/ Kelly B. Stout* | */s/ Diana G. Dickinson* |
| JILL GARCIA, ESQ.<br>AMY L. HOWARD, ESQ.<br>KELLY B. STOUT, ESQ. | MONTGOMERY Y. PAEK, ESQ.<br>AMY L. THOMPSON, ESQ.<br>DIANA G. DICKINSON, ESQ. |
| Attorneys for Plaintiff<br>LILIANE KELAA | Attorneys for Defendants<br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC., HILTON GRAND VACATIONS INC. AND NOAH BLOOM |

## ORDER

Based on the parties' stipulation [ECF No. 49] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 2, 2023

4865-3142-3066.1 / 104088-1025